# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCY GARZA, | CASE NO. 1:05-cv-01314 AWI TAG |
|     Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| vs. | (Docs. 17, 20) |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ORDER DENYING MOTION TO VACATE DISMISSAL |
|     Defendant. | (Doc. 18) |

The Court having received "Proof of Service of Plaintiff's Confidential Brief" (Doc. 20), and good cause appearing, it is hereby

ORDERED that the Court's Order to Show Cause Why Action Should Not Be Dismissed For Failure to Prosecute (Docs. 17, 29) is hereby DISCHARGED.

In light of the foregoing, the Court will not, at this time, recommend dismissal of this action for failure to prosecute. Accordingly, it is further

ORDERED that Plaintiff's Motion to Vacate Dismissal (Doc. 18) is DENIED.

IT IS SO ORDERED.

Dated: **August 14, 2006**          /s/ Theresa A. Goldner
**j6eb3d**                          UNITED STATES MAGISTRATE JUDGE